ARMAND A. PANETTA, Respondent, v. CARMELLA PANETTA, Appellant.—

Rabin, Acting P. J., Hopkins, Latham and Brennan, JJ., concur; Benjamin, J., concurs in the determination upon the appeal from the order concerning the calendar and note of issue, but dissents from the determination upon the appeal from the other order and votes to reverse that order and to grant defendant's motion for examination of plaintiff before trial on all four causes of action in the complaint, for the reasons stated in his dissenting memorandum in *Miles* v. *Miles* (32 A D 2d 553).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUILLERMO CIRILLO, Appellant.—

Christ, P. J., Rabin, Munder, Kleinfeld and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE CRUMBEY, Appellant.—

Rabin, Acting P. J., Hopkins, Latham, Brennan and Benjamin, JJ., concur.